IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD HORNE, | : | |
| Plaintiff, | : | 1:14-cv-2004 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| THE DEPARTMENT OF | : | |
| CORRECTIONS, *et al.*, | : | |
| Defendants. | : | |

## **ORDER**

### **March 8, 2017**

NOW THEREFORE, upon consideration of Defendants' motion (Doc. 64) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 64) for summary judgment is GRANTED. The Clerk of Court shall ENTER judgment in favor of Defendants Ake and Goss and against Plaintiff.

2. The Clerk of Court is further directed to CLOSE this case.

3. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                            s/ John E. Jones III
                                            John E. Jones III
                                            United States District Judge